LOUISE W. MILLER, Respondent, v. FRED E. MOMMER and Others, Appellants, Impleaded with EDWARD E. BLACK and Others, Respondents.— Motion granted

as provided in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. GAYNOR, Appellant.— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE RYBAK, Appellant.— Preference granted for June 3, 1924. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.